pIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AGVR PROPERTY OWNER LLC,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:24-CV-3002-L-BN** |
| **JASPER CALHOUN ROWE,** | § § § § | |
| Defendant. | § | |

## ORDER

On February 12, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 11) was entered, recommending that the court **deny** *pro se* Defendant Jasper Calhoun Rowe's ("Defendant") Request for Reconsideration ("Motion") (Doc. 10) because the court does not have jurisdiction over his claims. No objections have been filed, and the 14-day period to object after service of the Report has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C). For the reasons stated herein, the court **accepts** the Report as that of the court.

On December 30, 2024, the court remanded this action for lack of subject matter jurisdiction to the Justice Court, Precinct 4, Place 1, Dallas County, Texas, from which it was removed. Doc. 7. Magistrate Judge Horan held that "generally, a Section 1447(c) 'order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise. . . .'" Report 2 (citations omitted). Further, the magistrate judge determined that the court lacks jurisdiction to reconsider its December 30, 2024 order because it lost jurisdiction when it remanded the case to the Justice Court, Precinct 4, Place 1, Dallas County, Texas. *Id.* (citing *New Orleans Public Serv., Inc. v. Majoue*, 802 F.2d 166, 167 (5th Cir. 1986)).

Having considered the Report, Motion, pleadings, file, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Request for Reconsideration (Doc. 10). Further, the court **directs** the clerk of court to **reopen**, solely for statistical purposes, and then **close** this case based on this order.

**It is so ordered** this 3rd day of March, 2025.

Sam A. Lindsay
United States District Judge